**No. 10-8485. Kevin Alston, Petitioner v. Court of Appeals of Wisconsin.**

563 U.S. 1003, 131 S. Ct. 2484, 179 L. Ed. 2d 1240, 2011 U.S. LEXIS 3551.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1294, 131 S. Ct. 1692, 179 L. Ed. 2d 628, 2011 U.S. LEXIS 2192.

**No. 10-8491. Maria Caterina Rosenfeld, Petitioner v. James Hackett, et al.**

563 U.S. 1003, 131 S. Ct. 2484, 179 L. Ed. 2d 1240, 2011 U.S. LEXIS 3607.

May 16, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 906, 131 S. Ct. 1786, 179 L. Ed. 2d 657, 2011 U.S. LEXIS 2520.

**No. 10-8508. Edwin Jones, Petitioner v. Steve Larkins, Warden.**

563 U.S. 1003, 131 S. Ct. 2484, 179 L. Ed. 2d 1240, 2011 U.S. LEXIS 3599.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1294, 131 S. Ct. 1693, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2284.

**No. 10-8604. Corey E. Johnson, Petitioner v. Loretta K. Kelly, Warden.**

563 U.S. 1003, 131 S. Ct. 2484, 179 L. Ed. 2d 1240, 2011 U.S. LEXIS 3583.

May 16, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 907, 131 S. Ct. 1790, 179 L. Ed. 2d 660, 2011 U.S. LEXIS 2555.

**No. 10-8679. Robert Rameses, Petitioner v. Scott Kernan, Warden, et al.**

563 U.S. 1003, 131 S. Ct. 2484, 179 L. Ed. 2d 1240, 2011 U.S. LEXIS 3547.

May 16, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 909, 131 S. Ct. 1793, 179 L. Ed. 2d 663, 2011 U.S. LEXIS 2538.

**No. 10-8687. Joaquin H. Ciria, Petitioner v. Nicholas J. Rubino, et al.**

563 U.S. 1004, 131 S. Ct. 2484, 179 L. Ed. 2d 1240, 2011 U.S. LEXIS 3602.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1295, 131 S. Ct. 1697, 179 L. Ed. 2d 631, 2011 U.S. LEXIS 2293.

**No. 10-8791. Thomas P. Richard, Petitioner v. Michael Wenerowicz, Superintendent, State Correctional Institution at Graterford.**

563 U.S. 1004, 131 S. Ct. 2484, 179 L. Ed. 2d 1240, 2011 U.S. LEXIS 3574.

May 16, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 921, 131 S. Ct. 1821, 179 L. Ed. 2d 779, 2011 U.S. LEXIS 2748.